PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    Email: Donna.W.Anderson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BELEN MARY FAJARDO,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-1784-EPG<br><br>STIPULATION AND [PROPOSED] ORDER TO REPLACE THE CERTIFIED ADMINISTRATIVE RECORD FILED ON APRIL 17, 2017 (DOC. NO. 10) WITH A CORRECTED VERSION |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

    1) The Certified Administrative Record filed on April 17, 2017 (Docket No. 10) has been determined to be incomplete, missing the transcription of part of the administrative hearing.

    2) Therefore, subject to the Court's approval, Defendant will file a Supplemental Certified Administrative Record in this action. The Supplemental Certified Administrative Record will reflect the addition of pages pertaining to the

1

complete transcription of the administrative hearing, and re-pagination of the remaining record.

3) The inadvertent omission of the complete hearing transcript in the Certified Administrative Record filed on April 17, 2017 (Docket No. 10) will not be a basis for a claimed error.

              Respectfully submitted,

Date: *June 2, 2017*       Law Offices of Lawrence D. Rohlfing

           By: */s/ Young Cho**
              YOUNG CHO
              * *By email authorization on June 2, 2017*
              Attorney(s) for Plaintiff

Date: *June 2, 2017*       PHILLIP A. TALBERT
              United States Attorney
              DEBORAH LEE STACHEL
              Regional Chief Counsel, Region IX
              Social Security Administration

           By: */s/ Donna W. Anderson*
              DONNA W. ANDERSON
              Special Assistant United States Attorney
              Attorneys for Defendant

# **ORDER**

For the reasons provided in the parties' stipulation, leave is granted for Defendant to file a Supplemental Certified Administrative Record.

IT IS SO ORDERED.

Dated: __**June 5, 2017**__  /s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE