PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    Email: Donna.W.Anderson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BELEN MARY FAJARDO, | ) Case No. 1:16-cv-1784-EPG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR AN |
| | ) EXTENSION OF TIME |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate, subject to the Court's approval, that Defendant shall have an extension of time to September 8, 2017 to file and serve a pleading in response to Plaintiff's Opening Brief. Additional time is needed due to defense counsel's brief illness and resulting scheduling conflict. Defense counsel needs additional time to adequately consider the complete record, pleadings, and the

agency's position.  Plaintiff's counsel does not object and agrees that all subsequent filing deadlines should be extended accordingly.

                                                Respectfully submitted,

Date: *August 9, 2017*          Law Offices of Lawrence D. Rohlfing

                                By:   */s/ Young Cho\**
                                       YOUNG CHO
                                       *\* By email authorization on August 9, 2017*
                                       Attorney(s) for Plaintiff

Date: *August 9, 2017*          PHILLIP A. TALBERT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                By:   */s/ Donna W. Anderson*
                                         DONNA W. ANDERSON
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation, the Court finds good cause for an extension of time to September 8, 2017 for Defendant to file and serve a pleading in response to Plaintiff's Opening Brief. All subsequent filing deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **August 10, 2017**　　　　　　/s/ Erici P. Grosj

UNITED STATES MAGISTRATE JUDGE