Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Belen Mary Fajardo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELEN MARY FAJARDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01784-EPG<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Belen Mary Fajardo be awarded attorney fees in the amount of six thousand dollars ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Belen Mary Fajardo, the government will consider the matter of Belen Mary Fajardo's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Belen Mary Fajardo, but if the Department of the Treasury determines that Belen Mary Fajardo does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Belen Mary Fajardo.[1] Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Belen Mary Fajardo's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Belen Mary Fajardo and/or Young Cho including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: January 9, 2018              Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                              BY:_____
                                   Young Cho
                                   Attorney for plaintiff Belen Mary Fajardo

DATE: January 9, 2018              McGREGOR W. SCOTT
                                   United States Attorney


                                        /s/ *Donna W. Anderson*
                                   _____
                                   DONNA W. ANDERSON
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant NANCY A.
                                   BERRYHILL, Acting Commissioner of Social
                                   Security (Per e-mail authorization)

# ORDER

Pursuant to the parties' Stipulation, IT IS ORDERED that fees and costs in the amount of $6,000 as authorized by 28 U.S.C. §§ 2412(d) and 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **January 16, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE